# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | |
| DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

    Upon motion of _____, IT IS ORDERED that a detention hearing is set for _____, _____, at _____ ☐a.m. / ☐p.m. before the Honorable _____, in Courtroom  4 - 3rd FLOOR      .

    Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated:  May 27, 2014              Sheri Pym
                                                           United States Magistrate Judge